714

No. 589. NEWHOUSE ET AL. v. CORCORAN IRRIGATION DISTRICT. February 10, 1941. 311 U. S. 717.

No. 591. PACIFIC NATIONAL BANK OF SAN FRANCISCO v. MERCED IRRIGATION DISTRICT. February 10, 1941. 311 U. S. 718.

No. 622. DRAVO CONTRACTING Co. v. JAMES, STATE TAX COMMISSIONER. February 10, 1941.

No. 634. BALTIMORE & OHIO RAILROAD Co. v. JOSEPH, ADMINISTRATOR. February 17, 1941.

No. 9. SCHRIBER-SCHROTH Co. v. CLEVELAND TRUST Co. ET AL.;
No. 10. ABERDEEN MOTOR SUPPLY Co. v. CLEVELAND TRUST Co. ET AL.; and
No. 11. F. E. ROWE SALES Co. v. CLEVELAND TRUST Co. ET AL. March 3, 1941. Motion for leave to file a second petition for rehearing granted, and the petition for rehearing is denied.

No. 623. BETZ v. ESTATE OF BRILL. March 3, 1941. Motion for leave to file petition for rehearing granted, and the petition for rehearing is denied.

No. 13, original. EX PARTE WILLIAM H. LOCKHART. March 3, 1941.

No. 120. PALMER ET AL., TRUSTEES, v. WEBSTER & ATLAS NATIONAL BANK OF BOSTON, TRUSTEE. March 3, 1941. *Ante,* p. 156.

No. 253. HIGGINS v. COMMISSIONER OF INTERNAL REVENUE. March 3, 1941. *Ante,* p. 212.